H. & H. POULTRY CORP. OF N. Y. et al. v. THORMAN BAUM & CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 995.]

## SECOND DEPARTMENT, MAY, 1948.
### (May 3, 1948.)

ROSE COLE, Respondent-Appellant, v. MARY JAEGER, Appellant-Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 911.]

ALAN DAVID, Respondent, v. LEO FAYMAN et al., Appellants.— Motion for reargument denied, with $10 costs. Section 1444-a of the Civil Practice Act, added by chapter 213 of the Laws of 1948, creates a new statutory right of action for damages in favor of tenants and against landlords, where landlords, within specified periods of time, lease to third persons or fail to occupy housing accommodations from which tenants have been dispossessed. There is no indication that the Legislature intended to impose these time limits retroactively. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 408.]

FRANCIS J. FLANAGAN et al., as Executors of JOSEPH A. FLANAGAN, Deceased, et al., Appellants, v. JOHN J. FLANAGAN, Individually and as Administrator of the Estate of MARY E. FLANAGAN, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 918; *post,* p. 1016.]

HARRY GEYER, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

GERMAINE GUNTZER, Respondent, v. COUNTY OF WESTCHESTER, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the County Court of Westchester County properly made? Motion for a stay pending the appeal to the Court of Appeals granted. Motion for an extension of time to serve an answer granted, and defendant's time extended until twenty days after the disposition of the appeal by the Court of Appeals. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* pp. 902, 966.]

ALFRED L. LYON, Respondent, v. FIELDGREN REALTY CORP. et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 917.]

M. R. MORTGAGE COMPANY, INC., Respondent, v. BERTRAM COHEN et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Johnston, Adel, Sneed and Wenzel, JJ.; Lewis, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PELLEGRINO A. TRUNCALE, Appellant.— The motion will be treated as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Sneed.